USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 10/16/2025

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

ROXANA BERENICE CASTRO AJMAD,

                Plaintiff,

            -v-

FCB COMMODITIES LLC, ET AL.,

                Defendants.

**ORDER**

23-CV-5776 (MMG) (HJR)

**HENRY J. RICARDO, United States Magistrate Judge.**

On October 2, 2025, Plaintiff filed a status letter, ECF No. 45, in response to Judge Garnett's July 2, 2025 Order at ECF No. 44, which directed Plaintiff to "complete the various steps identified in the R&R and Objections within the next 90 days," *i.e.*, by October 2, 2025, and to submit a status report by the same date "informing the court whether each step has been successfully completed and, if so, proposing a schedule for a new motion for default judgment."

Plaintiff's letter reflects that Plaintiff has not successfully completed any of the steps identified in the R&R and Objections within the time proscribed by Judge Garnett. With respect to FCB Commodities, Plaintiff states that she obtained a Clerk's Entry of Default but cites only to a proposed certificate of default filed as an exhibit to her objections at ECF No. 43-2 that was never approved by the Clerk's office and does not comply with the requirements of Local Civil Rule 55.1.

With respect to Tyrone Crescioni, Plaintiff has not filed an amended complaint naming that individual, despite Judge Cott granting leave to do so by

1

Order dated July 22, 2024, at ECF No. 35. Plaintiff must file an amended complaint naming Tyrone Crescioni, request summonses, and effect service if she wishes to proceed against this individual.

Instead, Plaintiff asks the Court to set a date certain by which these steps should be completed. Although the Court already set October 2, 2025 as the deadline by which these steps should be completed, the Court extends the deadlines to complete the various steps to **November 17, 2025**. By the same date, Plaintiff is directed to file a status report identifying the steps taken and whether those steps were successfully completed.

If Plaintiff fails to complete the above-described steps and file the requested status report by **November 17, 2025**, the undersigned may recommend to the Honorable Margaret M. Garnett that the action be dismissed for failure to prosecute pursuant to Federal Rule of Civil Procedure 41.

**SO ORDERED.**

Dated: October 16, 2025
      New York, New York

_____
Henry J. Ricardo
United States Magistrate Judge