UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

ROXANA BERENICE CASTRO AJMAD,

                Plaintiff,

        -v-

FCB COMMODITIES LLC, ET AL.,

                Defendants.

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 11/18/2025

**ORDER**

23-CV-5776 (MMG) (HJR)

**HENRY J. RICARDO, United States Magistrate Judge.**

    On October 2, 2025, Plaintiff filed a status letter, ECF No. 45, in response to Judge Garnett's July 2, 2025 Order at ECF No. 44, which directed Plaintiff to "complete the various steps identified in the R&R and Objections within the next 90 days," *i.e.*, by October 2, 2025, and to submit a status report by the same date "informing the court whether each step has been successfully completed and, if so, proposing a schedule for a new motion for default judgment." Thereafter, the Court extended the deadlines to complete the various steps to November 17, 2025, and directed Plaintiff to file a status report by the same date identifying the steps taken and whether those steps were successfully completed. ECF No. 46.

    To date, Plaintiff has not filed the required status report nor is there any indication on the docket that he has attempted to complete ant of the various steps identified in the R&R, Objections, or October 16 Order.

    The Court *sua sponte* grants a final extension to complete the above-described steps and file the requested status report by **December 2, 2025**. Failure

1

to do so may result in a recommendation to the Honorable Margaret M. Garnett that the action be dismissed for failure to prosecute pursuant to Federal Rule of Civil Procedure 41.

**SO ORDERED.**

Dated: November 18, 2025
      New York, New York

                                             Henry J. Ricardo
                                             United States Magistrate Judge